UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GEORGE LUSTER,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>JAMES DZURENDA, et al.,<br><br>　　　　　　　Respondents. | Case No. 2:23-cv-01311-RFB-BNW<br><br>ORDER |

　　　Respondents, through counsel, filed two motions to extend time to file their answer to the habeas petition in this case. ECF Nos. 40/43. The motions appear to have been filed in good faith and not solely for the purpose of delay. In addition, the respondents filed their answer by the deadline requested in the second motion. ECF No. 46. Good cause appearing,

　　　IT IS HEREBY ORDERED that respondents' motions to extend time (ECF Nos. 40/43) are **GRANTED**.

DATED: September 27, 2025



_____
U.S. District Judge Richard F. Boulware